# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PANTAURUS, LLC | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:16-cv-00182 |
| | § | |
| v. | § | |
| | § | |
| VORMETRIC, INC. | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the Unopposed Motion For Dismissal With Prejudice of all claims asserted between Plaintiff Pantaurus LLC ("Plaintiff") and Defendant Vormetric, Inc. ("Defendant"), the Unopposed Motion For Dismissal With Prejudice is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant, are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**SIGNED this 12th day of April, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE